The People of the State of Illinois ex rel. A. J. Platt, appellee, v. City Council of the City of Sterling et al., appellants. Gen. No. 6,721.

Mandamus to compel city council and commissioners to remove building obstructing a public street. Writ of ouster and judgment for petitioner. Appeal from the Circuit Court of Whiteside county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 9, 1920.

J. J. Ludens, for appellant City Council of Sterling. N. G. Van Sant and R. W. Besse, for appellant Weeks Coal Company. Henry C. Ward, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Emma L. Brown, appellee, v. Farmers State Bank of Alpha, appellant. Gen. No. 6,724.

Bill to set aside assignments of leases obtained through intimidations, coercion and misrepresentation. Decree for complainant. Appeal from the Circuit Court of Henry county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded with directions. Opinion filed March 9, 1920.

Almon H. Linn and Hinebaugh & Armstrong, for appellant. James A. Steven, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Mary A. Rickards, appellee, v. Farmers State Bank of Alpha, appellant. Gen. No. 6,725.

Bill for an accounting of rents. Decree for complainant. Appeal from the Circuit Court of Henry county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920. Certiorari denied by Supreme Court (making opinion final).

Almon H. Linn and Hinebaugh & Armstrong, for appellant. James A. Steven, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Garret Pluym, appellant, v. Illinois Central Railroad Company, appellee. Gen. No. 6,726.

Trespass on the case to recover for the killing of cattle on defendant's tracks by an engine. Judgment for defendant. Appeal from the Circuit Court of Jo Daviess county; the Hon. James S. Baume and Hon. Oscar E. Heard, Judges, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 9, 1920.

M. H. Cleary, for appellant. Martin J. Dillon, for appellee; John G. Drennan, of counsel.

Mr. Justice Heard delivered the opinion of the court.